IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL P. BJORLIN,

    Plaintiff,                         No. CIV S-10-2217 GEB GGH P

    vs.

MORROW, et al.,

    Defendants.                ORDER &amp;
                                               FINDINGS AND RECOMMENDATIONS
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and application to proceed in forma pauperis.

        Plaintiff filed this action on August 18, 2010, however court records indicate that plaintiff filed the exact same case on August 13, 2010, CIV S-10-2162 FCD KJN.[1]  Due to the duplicative nature of the present action, the court finds this action frivolous and, therefore, will recommend that this action be dismissed.  Adams v. Cal. Dept. of Health Services, 487 F.3d 684, 688 (9th Cir. 2007); 28 U.S.C. § 1915(d).  This court will not rule on petitioner's request to proceed in forma pauperis.

\\\\\

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

IT IS HEREBY RECOMMENDED that this action be dismissed as duplicative and frivolous.

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 13, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ab
bjor2217.dis