IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL P. BJORLIN,

      Plaintiff,                      No. CIV S-10-2217 GEB GGH P

    vs.

MORROW, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed (see docket #10). Defendants have not made an appearance. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed without prejudice.

        Accordingly, the Clerk of Court shall close this case.

DATED: November 17, 2010          /s/ Gregory G. Hollows

                                                             _____
                                                              UNITED STATES MAGISTRATE JUDGE

GGH:035
bjor2217.59